```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 03534
   ARISTEO M RIVERA
   REMEDIOS RIVERA                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-6449      SSN XXX-XX-6563

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/30/2004 and was confirmed 03/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.00%.

     The case was converted to chapter 7 after confirmation 10/31/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
GREAT LAKES CREDIT UNION   SECURED          7550.00         344.48         7550.00
ILLINOIS DEPT OF REVENUE   PRIORITY         1366.11            .00         1366.11
INTERNAL REVENUE SERVICE   PRIORITY         3554.80            .00         3554.80
AMERICAN AIRLINES CREDIT   UNSECURED       NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED         3635.00           .00         1037.74
CAPITAL ONE BANK           UNSECURED         6037.87           .00         1723.70
CAPITAL ONE BANK           UNSECURED         8652.10           .00         2470.04
CAPITAL ONE BANK           UNSECURED          988.96           .00          272.24
CAPITAL ONE BANK           UNSECURED         2864.80           .00          817.86
CAPITAL ONE BANK           UNSECURED          982.55           .00          270.47
CAPITAL ONE                UNSECURED       NOT FILED           .00             .00
CARSON PIRIE SCOTT         UNSECURED         1075.98           .00          296.19
DIRECT MERCHANTS CREDIT    UNSECURED         8115.17           .00         2316.76
EXON MOBLE                 UNSECURED       NOT FILED           .00             .00
FIRST NORTH AMERICAN NAT   UNSECURED          969.45           .00          260.39
GREAT LAKES CREDIT UNION   UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSECURED          949.62           .00          261.40
J C PENNEY                 UNSECURED       NOT FILED           .00             .00
RETAILERS NATIONAL BANK    UNSECURED         2006.73           .00          572.90
NORDSTROM FSB              UNSECURED          667.15           .00          190.45
PROVIDIAN FINANCIAL        UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED          369.02           .00          101.59
WAL MART STORES INC        UNSECURED       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00             .00
GREAT LAKES CREDIT UNION   UNSECURED        10258.46           .00         2928.64
CARD SERVICES              UNSECURED         1668.25           .00          476.25
INTERNAL REVENUE SERVICE   UNSECURED           64.75           .00           15.48
ILLINOIS DEPT OF REVENUE   UNSECURED          240.92           .00           68.78
STUART B HANDELMAN         REIMBURSEMENT      13.86            .00           13.86
STUART B HANDELMAN         DEBTOR ATTY       720.00                         720.00
TOM VAUGHN                 TRUSTEE                                        1,535.29
DEBTOR REFUND              REFUND                                            62.58

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 03534 ARISTEO M RIVERA & REMEDIOS RIVERA
```

Summary of Receipts and Disbursements:

```
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------
TRUSTEE                  29,228.00

PRIORITY                                        4,934.77
SECURED                                         7,550.00
    INTEREST                                      344.48
UNSECURED                                      14,080.88
ADMINISTRATIVE                                    720.00
TRUSTEE COMPENSATION                            1,535.29
DEBTOR REFUND                                      62.58
                        ---------------    ---------------
TOTALS                   29,228.00             29,228.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE